IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
**Russell D Ashmore**  
Debtor(s)  
_____/

Case No. 8:13-bk-14852-KRM

Chapter 13

### MOTION TO APPROVE MORTGAGE MODIFICATION, AND REQUEST FOR ADDITIONAL PRESUMPTIVELY REASONABLE FEE
### (FIRST MORTGAGE)

*****IMPORTANT NOTICE TO ALL INTERESTED PARTIES
OF OPPORTUNITY TO OBJECT AND FOR HEARING*****

*PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN THIRTY (\*\*30\*\*) DAYS FROM THE DATE SET FORTH ON THE PROOF OF SERVICE ATTACHED TO THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FLORIDA 33602-3899, AND SERVE A COPY TO THE MOVANT'S ATTORNEY, THE STOHLMAN LAW FIRM, LLC 120 E. PINE ST SUITE #7 LAKELAND, FL 33801.*

*IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE AND NOTIFY YOU OF A HEARING, OR THE COURT MAY CONSIDER THE OBJECTION AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.*

Debtor, by and through the undersigned attorney, files this Motion to Approve Mortgage Modification, and Request for Additional Presumptively Reasonable Fee, and states the following:

1. This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on 11/7/2013.

2. Debtor(s) owns certain homestead real property located in Polk County, Florida, commonly known as 4859 Lake Lowery Rd Haines City FL 33844-9501 and legally described as follows:

> Lot #11 OF PINECREST RANCH MORE PARTICULARLY DESCRIBED AS FOLLOWS: Commence at the SW corner of Section 11, Township 27 South, Range 26 East, Polk County, Florida; thence N°0 12' 44" East on an assumed bearing along the West line of said Section 40.0' to the North right-of-way of Lake Lowery Road thence East along said Right of Way 854.69' to the Point of Beginning; thence North 454.82'; thence N 50°07'50" East, 5756.22' to the East line of said Section; thence S 0°20'16" East, 715.30' along said East Section line; thence S 55°37'43" West, 5236.48'; thence South 473.20 to said North right-of-way of Lake Lowery Road; thence West along said right-of-way 100.00' to the Point of Beginning, Polk County, Florida ("Homestead Property").

3. On April 15, 2014, Debtor filed a Motion for Referral to Mortgage Modification Mediation (Doc.23) and on April 16, 2014 this Court entered an Order Directing Modification Mediation and Establishing Compensation (Doc.24).

4. Creditor supplied the Debtor's counsel with their loan modification requirements and the Debtor completed those requirements with assistance from Debtor's counsel.

5. A mutually selected mediator scheduled and conducted the mediation.

6. Debtor has filed this Motion pursuant to 11 U.S.C. §363 for the purpose of obtaining this Court's approval to proceed with modification of the First Mortgage on the Homestead Property in accordance with the terms attached hereto as Exhibit "A".

5. Modification of the First Mortgage is in the best interest of the Debtor, the creditors, and this Bankruptcy Estate.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order granting this Motion, approving modification of the subject mortgage, awarding the undersigned an additional fee of $300.00 ($400.00 if a hearing is held on this Motion) for prosecuting this matter to be allowed as an administrative priority claim in addition to the presumptively reasonable fee to be paid through the Debtor's Chapter 13 Plan, and granting such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been furnished electronically or via U. S. Mail to **Terry E. Smith**, Trustee, PO Box 6099 , Sun City Center FL 33571; **Assistant U. S. Trustee**, 501 E. Polk Street #1200, Tampa, FL 33602; **Russell D Ashmore**, Debtor(s), 4859 Lake Lowery Rd , Haines City, FL 33844-9501; **The Law Office of Daniel C. Consuegra**, creditor's counsel, 9204 King Palm Dr., Tampa, FL 33619 and **to all parties on the attached mailing matrix** this 20th day of June, 2014.

/S/ CHARLES T STOHLMAN

CHARLES T STOHLMAN                FL BAR NO. 933287
*THE STOHLMAN LAW FIRM, LLC*
120 E. Pine St. Suite #7 Lakeland, FL 33801
Phone (863) 603-0856            Fax (863) 603-9677
Email:  CharlesS@cstohlmanlaw.com

interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to Lender but not previously credited to my Loan. The new Principal balance of my Note will be $123,216.01 (the 'New Principal Balance'). I understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. I also understand that this means interest will now accrue on the unpaid Interest that is added to the outstanding principal balance, which would not happen without this Agreement.

C. $8,400.00 of the New Principal Balance shall be deferred (the 'Deferred Principal Balance') and I will not pay interest or make monthly payments on this amount. The New Principal Balance less the Deferred Principal Balance shall be referred to as the 'Interest Bearing Principal Balance' and this amount is $114,816.01. Interest at the rate of 2.000% will begin to accrue on the Interest Bearing Principal Balance as of 6/1/2014 and the first new monthly payment on the Interest Bearing Principal Balance will be due on 7/1/2014. My payment schedule for the modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly P&I Payment Amount | Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.000% | 6/1/2014 | $347.69 | $186.91 May adjust periodically | $534.60 May adjust periodically | 7/1/2014 | 60 |
| 6 | 3.000% | 6/1/2019 | $403.94 | May adjust periodically | May adjust periodically | 7/1/2019 | 12 |
| 7 | 4.000% | 6/1/2020 | $463.31 | May adjust periodically | May adjust periodically | 7/1/2020 | 12 |
| 8-40 | 4.250% | 6/1/2021 | $478.45 | May adjust periodically | May adjust periodically | 7/1/2021 | 396 |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore my total monthly payment may change accordingly.

The above terms in this Section 3.C. shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, provisions for an adjustable, step or simple interest rate.

I understand that, if I have a pay option adjustable rate mortgage loan, upon modification, the minimum monthly payment option, the interest-only or any other payment options will no longer be offered and that the monthly payments described in the above payment schedule for my modified Loan will be the minimum payment that will be due each month for the remaining term of the Loan. My modified Loan will not have a negative amortization feature that would allow me to pay less than the interest due resulting in any unpaid interest to be added to the outstanding principal balance.

```
Label Matrix for local noticing          FV-I, Inc. in trust for Morgan Stanley Mortg    Specialized Loan Servicing, LLC as Servicer
113A-8                                   PO BOX 9013                                     Law Offices of Daniel C. Consuegra
Case 8:13-bk-14852-KRM                   ADDISON, TX 75001-9013                          9204 King Palm Drive
Middle District of Florida                                                               9204 King Palm Drive
Tampa                                                                                    Tampa, FL 33619-8331
Fri Jun 20 17:34:04 EDT 2014

United States Trustee - TPA7/13 7        AFNI                                            Capital One
Timberlake Annex, Suite 1200             c/o Verizon                                     PO Box 30253
501 E Polk Street                        PO Box 3097                                     Salt Lake City, UT 84130-0253
Tampa, FL 33602-3949                     Bloomington, IL 61702-3097


(p)CHRYSLER FINANCIAL                    Danny Wilson Auto Sales, Inc                    Department of Revenue
27777 INKSTER RD                         21 5th St., North                               PO Box 6668
FARMINGTON HILLS MI 48334-5326           Eagle Lake, FL 33839-3223                       Tallahassee, FL 32314-6668



Enhanced Recovery Company                FV-1, Inc. in Trust for                         Hsbc Bank Nevada NA
LLC                                      Morgan Stanley Capital                          P.O. Box 30253
c/o Dish Network                         c/o Lapin & Leichtling, LLP                     Salt Lake City, UT 84130-0253
8014 Bayberry Rd.                        255 Alhambra Circle Ste 1250
Jacksonville, FL 32256-7412              Miami, FL 33134-7414


Internal Revenue Service                 JNR Adjustment Company Inc                      JOE G TEDDER, CFC
P.O. Box 7346                            c/o Contour Technology                          POLK COUNTY TAX COLLECTOR
Philadelphia, PA 19101-7346              7001 E Fish Lake Rd                             DELINQUENCY AND ENFORCEMENT
                                         Minneapolis, MN 55441                           PO BOX 2016 BARTOW, FL 33831


Jefferson Capital Systems LLC            Paglino & Degenhardt, P.A.                      Palisades Collections, LLC
Po Box 7999                              2131 Hollywood Blvd                             Vativ Recovery Solutions LLC, dba SMC
Saint Cloud Mn 56302-7999                Ste 307                                         As Agent For Palisades Collections, LLC
                                         Hollywood, FL 33020-6751                        PO Box 40728
                                                                                         Houston TX 77240-0728


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     SLS                                             Specialized Loan Servicing, LLC
PO BOX 41067                             Specialized Loan Servicing                      Attention Bankruptcy Department
NORFOLK VA 23541-1067                    8742 Lucent Blvd                                8742 Lucent Blvd, Suite 300
                                         Ste 300                                         Highlands Ranch, Colorado 80129-2386
                                         Littleton, CO 80129-2386


Unifund CCR Partners                     Charles T Stohlman                              Elizabeth McCausland
10625 Techwood Circle                    The Stohlman Law Firm, LLC                      Liz McCausland, PA
Cincinnati, OH 45242-2846                120 E Pine Street, Suite 7                      545 Delaney Avenue
                                         Lakeland, FL 33801-4982                         Suite 7
                                                                                         Orlando, FL 32801-3866


Russell D Ashmore                        Terry E Smith
4859 Lake Lowery Rd                      PO Box 6099
Haines City, FL 33844-9501               Sun City Center, FL 33571-6099
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chrysler Financial<br>PO Box 551080<br>Jacksonville, FL 32255 | Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25